IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-001976-RBJ-MEH

JAMISON TOEWS,

    Plaintiff,

v.

CINEMARK HOLDINGS, INC, a Delaware corporation,
CINEMARK USA INC., a Texas corporation, and
CENTURY THEATRES, INC., a California corporation,

    Defendants.

---

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONSOLIDATE

---

This matter comes before the Court on Defendants' Unopposed Motion to Consolidate [ECF No. 5]. The Court, having reviewed the Motion and being otherwise advised in the premises, **FINDS** good cause for consolidation of this case with the related cases for purposes of discovery and motions practice. Accordingly, the Court **GRANTS** the Motion and **ORDERS** that this case be consolidated with the following cases for purposes of discovery and motions practice: *Traynom and Axelrod, 1:12-cv-02514; Nowlan, 1:12-cv-02517; Rosborough, Lumba, Briscoe, Hoover, Boik and Duran, 1:12-cv-02687; Jackson, 1:12-cv-02704; Medek, 1:12-cv-2705; Sullivan, 1:12-cv-2900; Spruel, 1:13-cv-00045; Gravelly, 1:13-cv-0046; Johnson and Sweeney, 1:13-cv-00114; Golditch, 1:13-cv-01842; Moser, 1:13-cv-01995; Brooks, 1:13-cv-*

1

*02060; Larimer, 1:13-cv-02239, Gallup, 1:13-cv-02988; Cowden, 1:13-cv-02992, Moton, 1:13-cv-3316, Young, 1:14-cv-01729; Blunk, 1;14-01923;* and *Weaver, 1;14-cv-01986.*

All motions, notices, and other filings related to the consolidated action shall be filed in the lowest-numbered case, *Traynom,* 1:12-cv-02514. Orders issued therein shall constitute the law of the case, applicable to all of the related cases consolidated through this order. Also, orders issued in *Traynom,* 1:12-cv-02514, prior to the date of this Order will apply equally to Plaintiff Jamison Toews.

DATED this 5th day of August, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge